**Frank SOSOKA, Appellant,**

v.

**LEHIGH VALLEY RAILROAD COMPANY.**

**No. 15023.**

United States Court of Appeals Third Circuit.

Argued Feb. 8, 1965.

Decided March 30, 1965.

Lois G. Forer, Philadelphia, Pa., for appellant.

Paul B. Thompson, Lamb, Blake, Hutchinson & Dunne, Jersey City, N. J., for appellee.

Before KALODNER, STALEY and GANEY, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Judgment of the District Court in favor of the Lehigh Valley Railroad Company, defendant and against Frank Sosoka, the plaintiff, will be affirmed.

**Linake J. ROMERO and Fidelity & Casualty Company of New York, Appellants,**

v.

**FRANK'S CASING CREW AND RENTAL TOOLS, INC., et al., Appellees.**

**No. 21688.**

United States Court of Appeals Fifth Circuit.

April 5, 1965.

Lawrence K. Burleigh and Levy & Burleigh, Lafayette, La., for Linake J. Romero.

Richard C. Meaux and Davidson, Meaux, Onebane & Donohoe, Lafayette, La., for appellant Fidelity & Casualty Co. of New York.

Francis Emmett, New Orleans, La., Nicholls Pugh, Jr., Lafayette, La., Terriberry, Rault, Carroll, Yancey and Farrell, New Orleans, La., and Pugh & Boudreaux, Lafayette, La., Nicholls Pugh, Jr., Lafayette, La., of counsel, for appellees.

Before WOODBURY,* JONES and GEWIN, Circuit Judges.

PER CURIAM:

The facts giving rise to this controversy and the law applicable to it are fully set forth in the opinion of the district court. Romero v. Frank's Casing Crew and Rental Tools, Inc., D.C., 229 F.Supp. 41. The judgment is

Affirmed.